# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/19/2026 |
| Case: 25–90068–JBM | Form ID: pdfO1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty   David M. Parker   dparker@ahpfirm.com
aty   Vincent Renda   vr@pinlegal.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft   The Phair Company LLC   945 East J Street   Chula Vista, CA 91910
aty   Gregory L. Riggs   Parker & Riggs LLP   110 West A St. Ste. 615   San Diego, CA 92101

TOTAL: 2