CSD 3040 [03/01/15]

Order Entered on
June 23, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>The Phair Company LLC<br><br>Debtor. | BANKRUPTCY NO. **25-00667-JBM11** |
| Affordable Housing Land Consultants<br>Century Housing Corporation et. al.<br><br>Plaintiff(s) | ADVERSARY NO. **25-90068-JBM** |
| v.<br><br>The Phair Company LLC<br><br>Defendant(s) | |

## ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE
### FOR WANT OF PROSECUTION

It appearing from the Court records for the above-entitled adversary proceeding that more than twenty days have elapsed since the Plaintiff was served with the Court's *NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE FOR WANT OF PROSECUTION,* and that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041-1, and good cause appearing therefor,

**IT IS ORDERED** that the above-entitled adversary proceeding  is dismissed without prejudice.

June 23, 2026

Judge, United States Bankruptcy Court

CSD 3040