# Notice Recipients

District/Off: 0974–3                    User: Admin.                    Date Created: 6/23/2026
Case: 25–90068–JBM                  Form ID: pdfO10                Total: 2


**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        ustp.region15@usdoj.gov
aty        Alyssa Ivancevich            alyssa.s.ivancevich@usdoj.gov

                                                                            TOTAL: 2